**No. 45212.**—Protests 986080–G, etc., of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of cats in chief value of fur the same as those the subject of Abstract 41823. The claim at 50 percent under paragraph 1519 was therefore sustained.